IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR DEL RIO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  08 - 1652 |
| | ) | |
| v. | ) | Judge Joy Flowers Conti / |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| DOUGLAS C. WARNE, inidividually and in | ) | |
| his/her official capacity as Administrative | ) | |
| Judge, Family Division, Harris County, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The above captioned case was initiated on December 3, 2009, by the filing of a motion to proceed in forma pauperis.  The case is assigned to Judge Joy Flowers Conti and referred to  Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and 72.1.3 and 72.1.4 of the Local Rules.

The magistrate judge's Report and Recommendation (Doc. No. 5), filed on June 24, 2009, recommended that this action be dismissed for failure to prosecute due to plaintiff's failure to effectuate proper service within 120 days as well as his failure to comply with a Court Order (Doc. No. 4).  The plaintiff was served at his address of record, which is 2427 Pinpoint Drive, Spring, TX 77373, and was advised he was allowed ten (10) days from the date of service to file written objections to the report and recommendation.  No objections have been filed. After review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

**AND NOW**, this <u>20th</u> day of October, 2009;

**IT IS HEREBY ORDERED** that this action is DISMISSED for plaintiff's failure

to effectuate proper service within 120 days as well as his failure to comply with a Court Order

(Doc. No. 4).

                **IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No.

5) of Magistrate Judge Lenihan, dated June 24, 2009, is adopted as the opinion of the court.


Dated:                               By the Court:


                               <u>/s/ Joy Flowers Conti</u>
                               Joy Flowers Conti
                               United States District Judge


cc:    Lisa Pupo Lenihan
       United States Magistrate Judge

       Victor Del Rio
       2427 Pinpoint Drive
       Spring, TX  77373